UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cr-00053

**United States of America**

v.

**Ryan Lee**

**ORDER**

    This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on July 11, 2025, and issued a report and recommendation that defendant's term of supervised release should be revoked. Doc. 18. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 17.

    Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of 19 months imprisonment with 1 year supervised release to follow, subject to the same supervised release conditions. The court recommends that defendant serve his sentence at FCI Texarkana, Texas or, if not available, FCI Seagoville, Texas.

*So ordered by the court on July 18, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge